UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | 1:15-cv-01467-MJS (HC)<br><br>ORDER DIRECTING CLERK OF COURT TO FILE PETITION IN CASE NO. 2:12-cr-00154-JAM-1 AND CLOSE INSTANT MATTER |

Petitioner, a federal detainee proceeding *pro se*, has filed a petition for writ of habeas corpus, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Petitioner is presently subject to the continued prosecution of three counts of bank fraud, identity theft, and other related charges in the Eastern District of California, Sacramento Division. See United States v. Mehmood, Case No. 2:12-cr-00154-JAM, ECF No. 279. Currently, an evidentiary hearing on Petitioner's suppression motion is set for November 10, 2015. Id. at ECF No. 341. Additionally, it should be noted that Petitioner is currently detained at the Nevada Southern Detention Center in Pahrump, Nevada. (See Pet.)

"Generally, motions to contest the legality of a sentence must be filed under §

1

2255 in the sentencing court, while petitions that challenge the manner, location, or conditions of a sentence's execution must be brought pursuant to § 2241 in the custodial court." See Hernandez v. Campbell, 204 F.3d 861, 864-865 (9th Cir. 2000). This court (the Fresno Division of the Eastern District of California) is neither the sentencing court nor the court of Petitioner's present custody. Petitioner is clearly challenging his continued prosecution by way of this petition.  Therefore, the petition should have been filed in the Sacramento Division, and more specifically it should be filed in United States v. Mehmood, Case No. 2:12-cr-00154-JAM as its resolution may impact his continued prosecution in that case.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division. Good cause appearing, IT IS HEREBY ORDERED that:

1. This be transferred to the United States District Court for the Eastern District of California sitting in Sacramento and filed in United States v. Mehmood, Case No. 2:12-cr-00154-JAM;

2. All future filings shall reference the Sacramento case number assigned and shall be filed at:
>United States District Court
>Eastern District of California
>501 "I" Street, Suite 4-200
>Sacramento, CA 95814

3. This Court has not ruled on petitioner's request to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:   September 30, 2015            /s/ *Michael J. Seng*
                                                   UNITED STATES MAGISTRATE JUDGE